UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 19-00078 AG (JDEx) | Date | January 30, 2019 |
|---|---|---|---|
| Title | ALLIED TREND INTERNATIONAL, LTD. ET AL. v. PARCEL PENDING, INC. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Melissa Kunig | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE CONCERNING SUBJECT MATTER JURISDICTION**

The February 25, 2019 hearing on Defendants' motion to dismiss is VACATED.

Plaintiffs Allied Trend International, Ltd. And Cherry Jiang filed this trade secrets and contract case in Orange County Superior Court. Defendants removed, asserting diversity jurisdiction. The Court has concerns about whether it has jurisdiction over this case.

The Court must jealously guard its jurisdiction. *Olmos v. Residential Credit Sols., Inc.*, 92 F. Supp. 3d 954, 955 (C.D. Cal. 2015). Courts have diversity jurisdiction over cases where the parties are diverse and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332. For purposes of complete diversity, a corporation is a citizen of both its state of incorporation and the state where it has its principal place of business. *Id.* But unlike a corporation, a limited liability corporation is a citizen of every state where its members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F. 3d 894, 899 (9th Cir. 2006).

In its notice of removal, Defendants fail to adequately show jurisdiction. They state only that Allied is a Hong Kong LLC. They don't include any information about the citizenship of the members of the LLC, a vital piece of information in the diversity analysis.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 19-00078 AG (JDEx) | Date | January 30, 2019 |
|---|---|---|---|
| Title | ALLIED TREND INTERNATIONAL, LTD. ET AL. v. PARCEL PENDING, INC. | | |

Accordingly, Defendants are ORDERED TO SHOW CAUSE by **February 15, 2019**, as to why this case should not be remanded for lack of jurisdiction. Plaintiffs may submit a response within **seven days** of Plaintiffs' filing. The February 25, 2019 hearing is VACATED. Defendants may request a new hearing date when this jurisdictional issue is resolved.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | mku | |