JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED TREND INTERNATIONAL, LTD., a Hong Kong limited liability company, | Case No. 8:19-cv-00078-AB-JDE |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| PARCEL PENDING, INC., a Delaware Corporation, | |
| Defendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **120 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

The parties must also file the Stipulation for Partial Dismissal and the Dismissal of Entire Action With Prejudice as described in their Stipulation.

Dated:  June 7, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.